# Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

**Complaint or Appeal #** _____ (Staff Only)   **Sub-category Code:** _____ (Staff Only)   **Released:** _____ (Staff Only)

**To: Grievance Officer**

**Date of Complaint:** APRIL 15TH 2019

**Inmate Name:** LEONARD YOUNG _____ (Print Legibly)

**DOC #:** 123611

**Pod:** 8E   **Cell #:** 120

**Complaint Shift (check *one* shift)**

7x3 ✓   3x11 ✓   11x7 _____

**Complaint Category (circle *one* category OR write the complaint # decision you are appealing)**

Inmate Account   Food Service   Mailroom   Maintenance   Records

Mental Health   Medical   Staff Conduct   (Jail Procedure)   Property

Other: _____ (print)   **Appealing Complaint #** _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. **Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed.** This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal (Print Legibly)**

THIS GRIEVANCE IS ON MAJOR SMITH, DEPUTY LAURA WILLIAMS FOR CONSTANT DENIAL OF RECREATION FROM FEBRUARY 7TH 2018 TILL PRESENT (ONGOING) FOR NON RELATED INCIDENTS SUCH AS FIGHTING, HOLDING WEIGHTS ETC... NONE OF THE DESTITUTION WAS EVEN RELATED TO RECREATION AND IT'S AGAINST THE LAW TO USE RECREATION AS A PUNISHMENT FOR NON-BEHAVIORAL REASONS. THE DENIAL OF MY REC. HAS CAUSED MIGRAINS, NAUSEA, DIZZINESS, ETC., LACK OF SLEEP PAIN IN BODY AND SICKNESS DUE TO NO FRESH AIR AND NO PLACE TO EXERCISE. I WAS HELD IN 24-7 CELL W/ LIGHTS ON 16 HOURS A DAY. I AM A PRE-TRIAL DETAINEE AND THE COURT HAVE RULED THAT I CAN NOT BE DENIED RECREATION OR MOVEMENT AT ALL. BOTH ABOVE PERSONS SIGNED THE PAPERWORK AND CAUSED THIS HARM. I REQUEST #80,000.00 IN CIVIL ACTION DAMAGES.

**Inmate Signature:** _____   **Today's Date:** _____

**White: Staff Copy**   **Pink: Inmate Copy**

## Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

**Complaint or Appeal #** _____ (Staff Only)   **Sub-category Code:** ____ (Staff Only)   **Released:** ____ (Staff Only)

**To: Grievance Officer**
**Date of Complaint:** 4-15-2019
**Inmate Name:** ERIC L. FARRAR JR (Print Legibly)
**DOC #:** 171063
**Pod:** 8E    **Cell #:** 123

**Complaint Shift (check one shift)**
7x3 ✓      3x11 ____      11x7 ____

**Complaint Category (circle one category OR write the complaint # decision you are appealing)**

| Inmate Account | Food Service | Mailroom | Maintenance | Records |
| Mental Health | Medical | Staff Conduct | **Jail Procedure** | Property |

Other: _____ (print)    **Appealing Complaint #** _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. **Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved.** Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal (Print Legibly)**

Major Smith and Deputy Laura K. Williams has had me on recreation restriction for about 4 months and still ongoing. I have been put on recreation restriction due to excessive fishing out of cell which @ has nothing to do with recreation because I broke on recreation rules. I informed them both that their actions are causing me pain, stiffness in body, sickness in health due to multiple bullet wound to the body because lack of exercise due to recreation restriction. I have been experencing chest pain because of the lack of exercise I am giving because of these restrictions for months on end. They are using recreation restriction with sadistic and malious intent which is causing me excruciating pain and suffering. Therefore im requesting $80,000.00 in civil action damages due to violation of my rights.

**Inmate Signature:** _[signature]_    **Today's Date:** 4-15-2019

**White: Staff Copy**    **Pink: Inmate Copy**